IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SUN HEALTHCARE GROUP, INC., *et al.*, )<br>  )<br>  Debtors.  )<br>_____)<br>  )<br>SUN HEALTHCARE GROUP, INC. and  )<br>Any and all debtor subsidiaries and affiliates,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>US BANCORP LEASING AND FINANCIAL,  )<br>  )<br>  Defendants.  ) | C.A. No. 05-MC-05 (GMS) |

## **ORDER**

WHEREAS on January 10, 2005, the above-captioned plaintiffs filed a Motion for Leave to Appeal (D.I. 1); and

WHEREAS after considering the plaintiffs' submissions, the court will deny the motion.

IT IS HEREBY ORDERED THAT:

The plaintiffs' Motion for Leave to Appeal be DENIED.


Dated: April 1, 2005                                              /s/ Gregory M. Sleet
                                                                          UNITED STATES DISTRICT JUDGE